1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | DIERDRE JACQUOT AND ROBERT     Case No.  1:17-cv-00069-LJO-BAM
   | JACQUOT,
12 |                                **ORDER DIRECTING DEFENDANT TO**
   |            Plaintiffs,         **FILE A RESPONSE TO PLAINTIFFS'**
13 |                                **NOTICE OF VOLUNTARY DISMISSAL**
   |       v.                       **WITHIN SEVEN (7) DAYS**
14 |
   | THE PEP BOYS MANNY MOE & JACK  (ECF No. 15)
15 | OF CALIFORNIA,
   |                                Deadline:  August 3, 2017
16 |            Defendant.

17

18

19        Plaintiffs Diedre Jacquout and Robert Jacquot initiated this civil action on January 17,

20  2017.  Defendant The Pep Boys Manny Moe & Jack of California answered the complaint on

21  March 21, 2017.

22        On July 25, 2017, Plaintiff filed a notice requesting voluntary dismissal of this action

23  pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (ECF No. 15.)  "[U]nder Rule

24  41(a)(1)(i), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the

25  defendant of an answer or a motion for summary judgment."  Commercial Space Mgmt. Co., Inc.

26  v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quotation and citation omitted).  In this

27  case, Defendant has filed an answer.  (ECF No. 6.)  Therefore, before Plaintiffs can dismiss this

28  action, Defendant must consent in writing to the dismissal.

                                        1

Accordingly, IT IS HEREBY ORDERED that within **seven (7) days** from the date of this order, Defendant The Pep Boys Manny Moe & Jack of California shall respond in writing to Plaintiffs' notice of voluntary dismissal and indicate whether it consents to the dismissal of this action or whether it has any reason to oppose the dismissal.

IT IS SO ORDERED.

Dated:   **July 27, 2017**                    /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

2